# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, *et al.,* | Case No. 1: 13-cv-00156-LJO-BAM |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| STEPHEN RONALD CLOUD, SR., *et al.*, | |
| Defendants. | |

On January 31, 2013, the Court issued an Order setting a scheduling conference on calendar for May 7, 2013 at 8:30 AM.  (Doc. 5.) The Court ordered the parties to prepare and execute a Joint Scheduling Report one week prior to the scheduling conference. (Doc. 5, 2:11-13.)  On April 30, 2013, Plaintiff filed a scheduling report and indicated that Defendants did not participate in its preparation. (Doc. 13.)  Plaintiff submitted a declaration indicating that Plaintiff's counsel attempted to contact Defendants' counsel about the Joint Scheduling Report, but Defendants' counsel did not respond.  (Doc. 13, Attach. 1.)  Subsequently, the Initial Scheduling Conference was continued to May 20, 2013.  (Doc. 12, 14.)

In light of Defendants' apparent failure to comply with the Court's January 31, 2013 order, this Court ORDERS Defendants to show cause, in writing, why sanctions should not be imposed for their failure to participate in the preparation of a Joint Scheduling Report. Defendants' response to this order to show cause shall be filed no later than 3:00 p.m. on Friday, May 17, 2013.

IT IS SO ORDERED.

**Dated:** **May 14, 2013**                    /s/ **Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE