1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) Case No.: 1:13-cv-0156 -LJO - BAM |
|---|---|
| Plaintiff, | ) ORDER DISCHARGING SHOW CAUSE |
| v. | ) (Doc. 18) |
| STEPHEN RONALD CLOUD, SR., *et al*, | ) |
| Defendants. | ) |

On May 15, 2013, the Court issued an order to show cause why the Court should not impose sanctions for Defendants' failure to participate in the preparation of a Joint Scheduling Conference Report.

On May 17, 2013, Defendants filed a response to the order to show cause explaining their failure to participate in the preparation of the joint scheduling report. After filing a response to the Order to Show Cause, the parties filed a notice of settlement in this matter.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **May 20, 2013**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1