1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10

| | | |
|---|---|---|
| RONALD MOORE, | ) | Case No.: 1:13-cv-0156 -LJO - BAM |
| Plaintiff, | ) ) | ORDER DISCHARGING SHOW CAUSE |
| v. | ) ) | (Doc. 18) |
| STEPHEN RONALD CLOUD, SR., *et al*, | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

11
12
13
14
15
16

On May 15, 2013, the Court issued an order to show cause why the Court should not impose sanctions for Defendants' failure to participate in the preparation of a Joint Scheduling Conference Report.

On May 17, 2013, Defendants filed a response to the order to show cause explaining their failure to participate in the preparation of the joint scheduling report. After filing a response to the Order to Show Cause, the parties filed a notice of settlement in this matter.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 20, 2013**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

1