1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHEN RONALD CLOUD, SR., Trustee under the Ryan John Cloud Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; STEPHEN RONALD CLOUD, SR., Trustee under the Stephen Ronald Cloud, Jr. Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; ALEXIS RODAS, dba K & C HOUSE OF DONUTS;<br><br>          Defendants. | Case No.  1:13-cv-00156-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and Defendants STEPHEN RONALD CLOUD, SR., Trustee under the Ryan John Cloud Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; STEPHEN RONALD CLOUD, SR., Trustee under the Stephen Ronald Cloud, Jr. Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; and ALEXIS RODAS, dba K & C HOUSE OF DONUTS, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

*Moore v. Cloud, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 31, 2013                         MOORE LAW FIRM, P.C.


                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff
                                           Ronald Moore


Date: May 31, 2013                         /s/ Stephen Ronald Cloud, Sr.
                                           Stephen Ronald Cloud, Sr.
                                           As Trustee under the Ryan John Cloud Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; as Trustee under the Stephen Ronald Cloud, Jr. Irrevocable Trust dated May 30, 1986, as to an undivided ½ interest; and as attorney for Defendant Alexis Rodas, dba K & C House of Donuts

**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **June 7, 2013**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE


*Moore v. Cloud, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                    Page 2